O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| ROBERT JOHN GOLIATH, | ) |
| Petitioner, | ) Case No. SACV 12-117 CAS (AJW) |
| | ) |
| v. | ) |
| | ) ORDER ACCEPTING REPORT AND |
| MATTHEW CATE, et al., | ) RECOMMENDATION OF |
| | ) MAGISTRATE JUDGE |
| Respondents. | ) |
| _____ | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), the Supplemental Report and Recommendation, petitioner's objections to the Report, and respondent's objections to the Report. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: June 11, 2013

_Christine A. Snyder_

_____
Christina A. Snyder
United States District Judge