JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERT JOHN GOLIATH, | ) | Case No. SACV 12-117-CAS(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MATTHEW CATE, et al., | ) | |
| Respondents. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is **granted** as to petitioner's claim of ineffective assistance of counsel based upon a failure to obtain a certificate of probable cause to appeal, and **denied** as to the remaining claims for relief. Respondent shall release petitioner from custody unless it provides petitioner with an opportunity to file an appeal.

Dated: June 11, 2013

*Christina A. Snyder*
_____
Christina A. Snyder
United States District Judge