JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT JOHN GOLIATH,** | ) Case No. SACV 12-117-CAS(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| **MATTHEW CATE, et al.,** | ) |
| Respondents. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is **granted** as to petitioner's claim of ineffective assistance of counsel based upon a failure to obtain a certificate of probable cause to appeal, and **denied** as to the remaining claims for relief. Respondent shall release petitioner from custody with respect to the convictions and sentences affected by counsel's ineffective assistance on appeal (namely, the convictions in counts 3, 5, and 11-17, and the two sentencing enhancements based upon use of a knife) unless, within ninety (90) days from the date of entry of judgment, the Orange County Superior

/ / /

/ / /

/ / /

1 Court allows petitioner to file, and considers the merits of, a request
2 for a certificate of probable cause to appeal.

Dated: July 18, 2013

                                        _____
                                        Christina A. Snyder
                                        United States District Judge